GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2021 NOV 10 PM 12: 37

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jesus Angel Vasquez Balganon,<br><br>Defendant. | CR21-02908 TUC-JGZ(BGM)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Counts 1, 2<br><br>18 U.S.C. §§ 922(a)(1)(A), 923(a), & 924(a)(1)(D)<br>(Engaging in the Business of Dealing Firearms Without a License)<br>Count 3<br><br>18 U.S.C. § 1956(a)(2)(A)<br>(International Money Laundering)<br>Count 4<br><br>18 U.S.C. §§ 924(d), 981(a)(1)(C) & 982(a)(1); 28 U.S.C. §2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

## COUNT 1

Between on or about March of 2018, and January of 2021, in the District of Arizona, Defendant JESUS ANGEL VASQUEZ BALGANON knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United

States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

Firearms

- Century Arms C39V2 7.62x39mm caliber rifle
- Layke Tactical 5.56mm rifle
- Colt M4 .223 mm rifle
- Smith & Wesson MP-15 5.56 mm rifle
- Beretta 92 FS 9mm FBI pistol
- Beretta 92 FS 9mm FBI pistol
- Colt M4 Carbine .223 mm rifle
- Arsenal SAM7R 7.62x39mm rifle
- FN SCAR 17 7.62x51mm rifle
- Patriot Ordnance P308 .308 mm rifle
- Palmetto State Armory 7.62x39mm rifle
- Palmetto State Armory 5.56mm rifle
- Glock 26 FS Gen 5 9mm pistol
- Palmetto State Armory 5.56mm rifle
- NIB Colt .223mm rifle
- FN 15 TAC II Carbine 5.56x45mm rifle
- Romanian 7.62x39 mm rifle
- Heckler & Koch PTR 91 .308 mm firearm
- Century Arms C39V2 7.62x39mm pistol
- IO Inc 7.62x39mm rifle
- Anderson 5.56mm pistol
- Diamondback 5.56/.223mm pistol
- M&M Inc M10 7.62x39mm pistol
- Palmetto State Armory 5.56/.223mm rifle
- DPMS 5.56/.223mm firearm
- Ruger 5.56/.223mm pistol
- B5 Wolf Gray 5.56mm rifle
- Century Arms WASR 10 7.62x39mm rifle
- Aero .223/5.56mm pistol
- Hellpup 7.62x39mm rifle
- Romanian 7.62x39mm rifle
- Smith & Wesson M&P II 5.56mm rifle
- Glock 19 9mm pistol
- Glock 17 Gen 5 9mm pistol
- Bushmaster 5.56mm pistol
- Spikes 5.56mm rifle
- Palmetto State Armory PA-15 5.56/.223mm rifle
- Aero NATO 5.56mm rifle
- Century Arms C39V2 7.62x39mm pistol
- Aero NATO 5.56mm firearm
- Century Arms 7.62x39mm rifle
- Century Arms WASR 7.62x39mm rifle
- MLOK 5.56/.223mm pistol
- Aero 5.56mm rifle
- Smith & Wesson Sport 2 MP-15 5.56 mm rifle
- Ruger/Palmetto State Armory 5.56/.223mm firearm
- Smith & Wesson M&P 5.56mm rifle
- Aero 5.56/.223mm rifle

*United States of America v. Jesus Angel Vasquez Balganon*
*Indictment Page 2 of 8*

- Yugo 7.62x39mm rifle
- DS Arms FAL 7.62x51mm pistol
- Century Arms RAS-47 7.62x39mm rifle
- Palmetto State Armory GF3 7.62x39mm firearm
- Smith & Wesson M&P 5.56mm rifle
- Zastava M92 7.62x39mm pistol
- Patriot Ordnance Gen 3 .308mm firearm
- Palmetto State Armory AK-103 7.62x39mm firearm
- Palmetto State Armory GF3 Magpul 7.62x39mm rifle
- H&K SP5K MP5 9mm machinegun
- Century Arms WASR 10 7.62x39mm rifle
- Century Arms RAS-47 7.62x39mm rifle
- Ruger 5.56mm rifle
- Smith & Wesson M&P15 5.56mm rifle
- Aero Precision 5.56/.223mm rifle
- Palmetto State Armory Freedom 5.56/.223mm rifle
- Smith & Wesson M&P NATO 5.56mm firearm
- Arsenal SLR-107R 7.62x39mm rifle
- Mk18 Mod 0 5.56mm rifle
- Aero/Rosco 5.56./223mm rifle
- Anderson 5.56/.223mm rifle
- Delton 5.56mm rifle

Weapons Components, Ammunition, and Accessories

- 1,000 .308/7.62x51mm M60 machinegun M13 ammunition links M60
- 3 M249 200-round ammunition pouches
- 99 30-round 7.62x39mm ammunition magazines
- 99 Magpul PMAG Gen M3 Window 5.56mm ammunition magazines
- 10,000 M249 SAW Shrike 5.56/.223mm M27 ammunition links
- M249 200-round ammunition pouch
- Iver Johnson 100-round drum ammunition magazine
- AR15-type firearm quick detach carrying handle
- 2 Fightlite MCR-5.56 DFR dual feed firearm upper receivers
- 5,000 M60 .308 machinegun ammunition links
- 5,000 .223/5.56x45mm M249 SAW M27 ammunition links
- At least 4,020 rounds of various caliber ammunition

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit:  Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Parts 121.1 and 123.1; Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about April 6, 2021, in the District of Arizona, Defendant JESUS ANGEL VASQUEZ BALGANON knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article,

or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: nine 30-round 5.56mm caliber ammunition magazines; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Sections 554(a).

## COUNT 3

Between on or about March of 2018, and January of 2021, in the District of Arizona, Defendant JESUS ANGEL VASQUEZ BALGANON, not being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 4

From on or about February of 2019 to on or about March of 2021, within the District of Arizona, and elsewhere, Defendant JESUS ANGEL VASQUEZ BALGANON did knowingly and willfully transmit or transfer a monetary instrument or funds to a place outside the United States, that is, the Republic of Mexico, from a place in the United States, with the intent to promote the carrying on of a specified unlawful activity, to wit: smuggling of goods from the United States in violation of export controls involving items controlled on the United States Munitions List and Commerce Control List. Specifically, Defendant JESUS ANGEL VASQUEZ BALGANON transferred monetary funds from a bank account in the United States into a bank in the Republic of Mexico with the knowledge and intent that these funds were to be obtained in cash in the Republic of Mexico and used to engage in monetary transactions affecting interstate and foreign commerce, to wit: the smuggling of firearms and weapons components, ammunition, and accessories that were illegally exported from the United States into the Republic of Mexico. Defendant JESUS

*United States of America v. Jesus Angel Vasquez Balganon*
*Indictment Page 4 of 8*

ANGEL VASQUEZ BALGANON knew that the funds were intended to promote the carrying on of specified unlawful activity, to wit: Smuggling Goods from the United States, contrary to law and regulation of the United States, to wit: Title 18, United States Code, Section 554(a); Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Parts 121.1 and 123.1; Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774. The transfers of monetary instruments and funds from the United States to the country of Mexico involved the amount of $20,680.

In violation of Title 18, United States Code, Section 1956(a)(2)(A).

## **FORFEITURE ALLEGATION**

Upon conviction of Counts One through Three of the Indictment, Defendant Jesus Angel Vasquez Balganon, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

Firearms

- Century Arms C39V2 7.62x39mm caliber rifle
- Layke Tactical 5.56mm rifle
- Colt M4 .223 mm rifle
- Smith & Wesson MP-15 5.56 mm rifle
- Beretta 92 FS 9mm FBI pistol
- Beretta 92 FS 9mm FBI pistol
- Colt M4 Carbine .223 mm rifle
- Arsenal SAM7R 7.62x39mm rifle
- FN SCAR 17 7.62x51mm rifle
- Patriot Ordnance P308 .308 mm rifle
- Palmetto State Armory 7.62x39mm rifle
- Palmetto State Armory 5.56mm rifle
- Glock 26 FS Gen 5 9mm pistol
- Palmetto State Armory 5.56mm rifle
- NIB Colt .223mm rifle
- FN 15 TAC II Carbine 5.56x45mm rifle
- Romanian 7.62x39 mm rifle
- Heckler & Koch PTR 91 .308 mm firearm
- Century Arms C39V2 7.62x39mm pistol
- IO Inc 7.62x39mm rifle
- Anderson 5.56mm pistol
- Diamondback 5.56/.223mm pistol

- M&M Inc M10 7.62x39mm pistol
- Palmetto State Armory 5.56/.223mm rifle
- DPMS 5.56/.223mm firearm
- Ruger 5.56/.223mm pistol
- B5 Wolf Gray 5.56mm rifle
- Century Arms WASR 10 7.62x39mm rifle
- Aero .223/5.56mm pistol
- Hellpup 7.62x39mm rifle
- Romanian 7.62x39mm rifle
- Smith & Wesson M&P II 5.56mm rifle
- Glock 19 9mm pistol
- Glock 17 Gen 5 9mm pistol
- Bushmaster 5.56mm pistol
- Spikes 5.56mm rifle
- Palmetto State Armory PA-15 5.56/.223mm rifle
- Aero NATO 5.56mm rifle
- Century Arms C39V2 7.62x39mm pistol
- Aero NATO 5.56mm firearm
- Century Arms 7.62x39mm rifle
- Century Arms WASR 7.62x39mm rifle
- MLOK 5.56/.223mm pistol
- Aero 5.56mm rifle
- Smith & Wesson Sport 2 MP-15 5.56 mm rifle
- Ruger/Palmetto State Armory 5.56/.223mm firearm
- Smith & Wesson M&P 5.56mm rifle
- Aero 5.56/.223mm rifle
- Yugo 7.62x39mm rifle
- DS Arms FAL 7.62x51mm pistol
- Century Arms RAS-47 7.62x39mm rifle
- Palmetto State Armory GF3 7.62x39mm firearm
- Smith & Wesson M&P 5.56mm rifle
- Zastava M92 7.62x39mm pistol
- Patriot Ordnance Gen 3 .308mm firearm
- Palmetto State Armory AK-103 7.62x39mm firearm
- Palmetto State Armory GF3 Magpul 7.62x39mm rifle
- H&K SP5K MP5 9mm machinegun
- Century Arms WASR 10 7.62x39mm rifle
- Century Arms RAS-47 7.62x39mm rifle
- Ruger 5.56mm rifle
- Smith & Wesson M&P15 5.56mm rifle
- Aero Precision 5.56/.223mm rifle
- Palmetto State Armory Freedom 5.56/.223mm rifle
- Smith & Wesson M&P NATO 5.56mm firearm
- Arsenal SLR-107R 7.62x39mm rifle
- Mk18 Mod 0 5.56mm rifle
- Aero/Rosco 5.56./223mm rifle
- Anderson 5.56/.223mm rifle
- Delton 5.56mm rifle

## Weapons Components, Ammunition, and Accessories

- 1,000 .308/7.62x51mm M60 machinegun M13 ammunition links M60
- 3 M249 200-round ammunition pouches
- 99 30-round 7.62x39mm ammunition magazines

*United States of America v. Jesus Angel Vasquez Balganon*
*Indictment Page 6 of 8*

- 99 Magpul PMAG Gen M3 Window 5.56mm ammunition magazines
- 10,000 M249 SAW Shrike 5.56/.223mm M27 ammunition links
- M249 200-round ammunition pouch
- Iver Johnson 100-round drum ammunition magazine
- AR15-type firearm quick detach carrying handle
- 2 Fightlite MCR-5.56 DFR dual feed firearm upper receivers
- 5,000 M60 .308 machinegun ammunition links
- 5,000 .223/5.56x45mm M249 SAW M27 ammunition links
- At least 4,020 rounds of various caliber ammunition
- 9 30-round 5.56mm caliber ammunition magazines

Upon conviction of the violation alleged in Count Four of this Indictment, Defendant Jesus Angel Vasquez Balganon, shall forfeit to the United States:

1)    pursuant to Title 18, United States Code, Section 982(a)(1), all right, title, and interest in any property, real or personal, involved in an offense of Title 18, United States Code, Section 1956, or any property traceable to such property;

2)    pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property, real or personal, which was involved in a transaction or attempted transaction of Title 18, United States Code, Section 1956 and which constitutes or was derived from the proceeds traceable to a violation of Title 18, United States Code, Section 554;

If any of the above-described forfeitable property, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third person; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property including, but not limited to, all property, both real and personal, owned by the defendant.

//

//

*United States of America v. Jesus Angel Vasquez Balganon*
*Indictment Page 7 of 8*

All pursuant to Title 18, United States Code, Sections 924(d), 982(a)(1), 981(a)(1)(C), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: November 10, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Jesus Angel Vasquez Balganon*
*Indictment Page 8 of 8*